## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**RAMIADAMLYLA, LLC**                                    **CIVIL ACTION**

**VERSUS**                                              **NO. 23-7076**

**STATE FARM FIRE AND CASUALTY**                         **SECTION "O"**
**COMPANY**

### <u>ORDER</u>

**IT IS ORDERED** that the motion[1] of Defendant State Farm Fire and Casualty Company to withdraw its motion[2] to dismiss is **GRANTED**. Defendants' motion to dismiss is **WITHDRAWN**. The Clerk's Office is respectfully directed to terminate the motion to dismiss pending at ECF No. 24.

New Orleans, Louisiana, this 25th day of September, 2024.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 28.
[2] ECF No. 24.