## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### IN RE: HURRICANE IDA CLAIMS

### <u>ORDER</u>

It has come to the Court's attention that hundreds of cases that have been settled in the Court's Streamlined Settlement Program remain on the Court's docket because the parties failed to advise the respective District Judges that the cases had settled, as required by Local Rule 16.4.  Accordingly, the Court hereby Orders that the defendant/insurers, through counsel, immediately determine whether any of their settled Hurricane Ida cases remain on the docket of this Court and, to the extent they determine that any settled case does remain on the docket, immediately file a Notice of Settlement in said case so that it can be dismissed by the District Judge.  This process shall be completed in no more than 21 days of this Order.

**IT IS SO ORDERED.**

**NEW ORLEANS, LOUISIANA,** this <u>18th</u> day of December, 2024.

For the en banc court:

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**